IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| JASON WILEY and <br> REESHA WILEY, | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.:14-cv-02709-TDC <br> Judge Theodore D. Chuang |
| REGIONAL ACCEPTANCE <br> CORPORATION, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT REGIONAL ACCEPTANCE CORPORATION'S
## MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Defendant Regional Acceptance Corporation ("RAC") moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the class action complaint filed by Plaintiffs Jason Wiley and Reesha Wiley. As set forth in the accompanying memorandum of law in support of RAC's motion to dismiss Plaintiffs' class action complaint, which is incorporated herein by reference, Plaintiffs have failed to state a claim upon which relief can be granted.

WHEREFORE, Defendant Regional Acceptance Corporation respectfully requests that Plaintiffs' class action complaint be dismissed with prejudice. A proposed Order is attached for the Court's consideration.

/s/
Brian L. Moffet, Fed. Bar No. 13821
GORDON FEINBLATT LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
Telephone No.: 410/576-4291
FAX:  410/576-4269
Email: bmoffet@gfrlaw.com
**Attorney for Defendant**
**Regional Acceptance Corporation**

## CERTIFICATE OF SERVICE

I hereby certify, this 25th day of September, 2014, that I served copies of the foregoing Motion to Dismiss Plaintiffs' Class Action Complaint, accompanying Memorandum of Law and proposed Order via this Court's CM/ECF system to counsel of record for the parties.

_____/s/_____
Brian L. Moffet

3421794.1 42709/125962 09/25/2014